**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OMEGRA SHIPPING PTE LTD OF
SINGAPORE,

        Plaintiff,

v

WORLD FUEL SERVICES (Singapore) PTE
LTD.,

        Defendant.

_____/

Civil Action No. 22-cv-20531-JAL

## STIPULATION FOR SUBSTITUTION OF COUNSEL

    **PLEASE TAKE NOTICE** that Defendant World Fuels Services (Singapore) Pte Ltd.
substitutes ADOLFO E. JIMENEZ of HOLLAND & KNIGHT LLP as counsel of record in place
of DAVID NEAL GAMBACH of HAMILTON, MILLER & BIRTHISEL, LLP.   Upon
consideration and approval by the Court, all pleadings, papers, and documents required to be
served in this action upon Defendant should be served upon ADOLFO E. JIMENEZ of
HOLLAND & KNIGHT LLP as counsel of record.

Withdrawing Attorneys:

**HAMILTON, MILLER &
BIRTHISEL LLP**

By: */s/ David N. Gambach*
David Neal Gambach, Esq.
**HAMILTON, MILLER &
BIRTHISEL LLP**
150 S.E. Second Avenue, Suite 1200
Miami, FL 33131
Tel. (305) 379-3686
Fax (305) 379-3690
dgambach@hamiltonmillerlaw.com

Superseding Attorneys:

**HOLLAND & KNIGHT LLP**

By: */s/ Adolfo E. Jimenez*
   Adolfo E. Jimenez (FL Bar No. 869295)
   **Holland & Knight, LLP**
   701 Brickell Avenue, Suite 3300
   Miami, FL 33131
   Phone: (305) 374-8500
   Fax: (305) 789-7799
   adolfo.jimenez@hklaw.com

Dated: May 10, 2022

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 10, 2022, I electronically filed the foregoing

documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record on the attached Service List in the

manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or

in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notice of Electronic Filing.


*/s/ Adolfo E. Jimenez*
Adolfo E. Jimenez