UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OMEGRA SHIPPING PTE LTD OF SINGAPORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>WORLD FUEL SERVICE (Singapore) PTE LTD,<br><br>                    Defendant. | Civil Action No. 2022-cv-20531 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gabriel S. Godoy-Dalmau, of the law firm of Holland & Knight LLP, is appearing as counsel of record for Defendant World Fuel Service (Singapore) PTE LTD.

Dated: Miami, Florida
          August 17, 2022

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *Gabriel S. Godoy-Dalmau*

Gabriel S. Godoy-Dalmau
Florida Bar No.: 1036181
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone: (305) 374-8500
Gabriel.Godoy-Dalmau@hklaw.com

*Counsel for Defendant World Fuel Services (Singapore) PTE LTD*