UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2022-cv-20531-JAL

**OMEGRA SHIPPING PTE LTD. OF SINGAPORE**,

        Plaintiff,

v.

**WORLD FUEL SERVICES (SINGAPORE) PTE LTD.**,

        Defendant.

_____/

**DEFENDANT'S NOTICE OF COMPLETION OF PRODUCTION**

COMES NOW the Defendant, World Fuel Services (Singapore) Pte Ltd. ("WFS"), by and through its undersigned counsel and pursuant to S.D. Fla L.R. 26(e)(7) and hereby submits its Notice of Completion of Production and states as follows:

The undersigned hereby certifies that all documents responsive to Omegra Shipping Pte Ltd. of Singapore's ("Omegra") Requests for Production that are not being withheld pursuant to an objection have been produced to counsel for Omegra.

Dated: September 22, 2023
      Miami, Florida

                                               Respectfully submitted,

                                               **HOLLAND & KNIGHT LLP**
                                               By: /s/ _Adolfo E. Jimenez_
                                               Adolfo E. Jimenez
                                               FL Bar No.: 869295
                                               Gabriel Godoy-Dalmau
                                               Florida Bar No.: 1036181

Douglas Lehtinen
Florida Bar No. 0126452
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7720
Adolfo.Jimenez@hklaw.com
Gabriel.Godoy-Dalmau@hklaw.com
Douglas.Lehtinen@hklaw.com

Robert Denig (admitted pro hac vice)
31 W. 52nd St. 12th Fl.
New York, NY 10019
Telephone: (212) 513-3200
Robert.Denig@hklaw.com

*Attorneys for Defendant*
*World Fuel Services (Singapore) PTE LTD*

2